THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES PINELLO, Respondent, against GEORGE LEADBITTER, as Chief of Police of the City of Poughkeepsie, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Argued October 2, 1950; decided October 12, 1950.

*W. Vincent Grady, District Attorney,* and *Joseph Jiudice* for appellant.

*Herman A. Levine* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.